IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>APA TRANSPORT CORPORATION,<br><br>Defendant. | CASE No. 05-11880-GAO |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Defendant, APA Transport Corporation, hereby moves for a one month extension of the time in which it has to respond to the Plaintiff's Complaint in this matter, up to and including Wednesday, November 9, 2005. In support of this motion, the Defendant states as follows:

1. The Defendant requires the brief extension of time sought in order to determine whether the settlement of this matter is possible at this juncture and, if not, to properly investigate the factual and legal issues raised in the Complaint and to prepare an appropriate response thereto.

2. This is the first request for an extension of time filed by the Defendant with regard to the deadline for responding to the Complaint.

3. Plaintiff's counsel has been contacted regarding this Motion and has granted his permission to indicate herein that he assents to it.

WHEREFORE, the Defendant respectfully requests that the deadline for filing its response to the Complaint be extended up to and including November 9, 2005.

Respectfully submitted,

APA TRANSPORT CORPORATION

By its attorney,

s/John M. Simon
John M. Simon (B.B.O. #645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated:  October 6, 2005

## Certification Pursuant to Local Rule 7.1(A)(2)

I hereby certify that, pursuant to Local Rule 7.1(A)(2), I have conferred with Plaintiff's counsel regarding the subject matter of this Motion in a reasonable and good faith attempt to resolve this matter before filing this Motion and that opposing counsel has granted his permission to indicate herein that he assents to this Motion.

s/John M. Simon
John M. Simon