UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>        Plaintiff,<br><br>v.<br><br>APA TRANSPORT CORPORATION,<br>    Defendant, | ) ) ) ) ) ) ) Civil Action No. 05-11880-GAO ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the Plaintiff Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan.

                                    For the Plaintiff,
                                    **Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan,**
                                    By her attorneys,


                                    _Kathleen A. Pennini_
                                    Kathleen A. Pennini
                                    BBO# 654573
                                    Dwyer, Duddy and Facklam, P.C.
                                    Two Center Plaza, Suite 430
                                    Boston, MA 02108-1804
                                    (617) 723-9777

Date: December 28, 2005

## CERTIFICATE OF SERVICE

    I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 28th day of December 2005, upon:

Keith McMurdy, Esq.
Grotta, Glassman & Hoffman, P.C.
75 Livingston Avenue
Roseland, NJ 07068

John Simon, Esq.
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA  02110

*[signature]*
Kathleen A. Pennini

f:\l25hsip\apa transport\pldgs\not.app.kap.doc:blg