UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR )<br>of the TEAMSTERS UNION 25 )<br>HEALTH SERVICES & INSURANCE PLAN, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>APA TRANSPORT CORPORATION, )<br>Defendant, )<br>) | Civil Action No. 05-11880-GAO |

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1D of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties hereby certify that they have conferred for the purposes of:

(1)   preparing an agenda of matters to be discussed at the scheduling conference;

(2)   preparing a proposed joint discovery plan and motion schedule;

(3)   considering whether to consent to a trial by magistrate judge.

Undersigned counsel hereby state that they have prepared an agenda for the scheduling conference and have set forth below a joint discovery plan and motion schedule. Neither the plaintiff nor the defendant consents to a trial by magistrate judge.

1. The Plaintiff intends to take approximately three (3) depositions. 2. The defendant intends to take approximately three (3) depositions.

## DEMAND FOR JUDGMENT

The Plaintiff has demanded from the Defendant $15,388.62 as interest on unpaid contributions plus liquidated damages, attorney fees and costs.

## JOINT DISCOVERY AND MOTION SCHEDULE

| <u>Date</u> | <u>Activity</u> |
|---|---|
| February 07, 2006 | All automatic disclosures due |
| May 31, 2006 | Written discovery to be filed and answers/responses are to be filed within the time provided by the rules |
| June 30, 2006 | Depositions to be completed |
| July 31, 2006 | Motion for Judgment on the Pleadings or Summary Judgment to be filed |
| August 31, 2006 | Opposition to Motion for Judgment on the Pleadings or Summary Judgment to be filed |
| September 22, 2006 | Reply Memorandum, if any, to be filed |

A pre-trial conference will be held per order of the Court.

For the Plaintiff,
**CAROL BLANCHARD,**
**EXECUTIVE DIRECTOR,**
**TEAMSTERS UNION 25 HEALTH**
**SERVICES & INSURANCE PLAN,**
By her attorney,

*/s/ Kathleen A. Pennini*
Matthew E. Dwyer, BBO# 139840
Kathleen A. Pennini, BBO# 654573
Dwyer, Duddy & Facklam,
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: 1/17/2006

For the Defendant,
**APA TRANSPORT CORP.**

By its attorney,

*/s/ Keith McMurdy / kap w/ permission*
Keith McMurdy
Grotta, Glassman & Hoffman, P.C.
75 Livingston Avenue
Roseland, NJ 07068
(973) 994-7808

Dated: 1/17/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>    Plaintiff,<br><br>v.<br><br>APA TRANSPORT CORPORATION,<br>    Defendant. | Civil Action No.<br>05-11880-GAO |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the plaintiffs and their counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
For the Plaintiff,
CAROL BLANCHARD,
EXECUTIVE DIRECTOR,
TEAMSTERS UNION 25 HEALTH
SERVICES & INSURANCE PLAN,
By her attorney,

_____
Matthew E. Dwyer, BBO# 139840
Dwyer, Duddy & Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

_____
Carol Blanchard, Executive Director
Teamsters Local 25 Health Services
& Insurance Plan
16 Sever Street
Charlestown, MA 02129
Date: 12/29/05