UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN, Plaintiff,<br><br>v.<br><br>APA TRANSPORT CORPORATION, Defendant, | ) ) ) ) ) ) ) Civil Action No. 05-11880-GAO ) ) ) ) |

**JOINT MOTION TO POSTPONE STATUS CONFERENCE**

Now come the parties to this litigation and move that this Court postpone the Status Conference it set for July 12, 2006 until a date the Court will set on or after September 15, 2006.

The reason for this motion is as follows:

1. The parties have reached a tentative settlement of the case.

2. However, the Plaintiff Teamsters Union 25 Health Services & Insurance Plan must have its Board of Trustees vote to accept all settlement agreements.

3. The Board of Trustees will not meet to vote again until August 22, 2006.

This motion is made in good faith and not for purposes of delay.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR, TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN, By her attorneys, | APA TRANSPORT CORP.<br><br>By its attorney, |
| _____<br>Matthew E. Dwyer, BBO# 139840<br>Kathleen A. Pennini, BBO# 654573<br>Dwyer, Duddy & Facklam,<br>Two Center Plaza, Suite 430<br>Boston, MA 02108<br>(617) 723-9777 | Keith McMurdy (with permission) BPF<br>Keith McMurdy<br>Grotta, Glassman & Hoffman, P.C.<br>650 Fifth Avenue, 22nd Floor<br>New York, NY 10019<br>(212) 261-2164 |
| Dated: 5/31/06 | Dated: 5/31/05 |