UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>　　　　Plaintiff,<br><br>v.<br><br>APA TRANSPORT CORPORATION,<br>　　　　Defendant, | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11880-GAO<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), the Plaintiff, Carol Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, and the Defendant, APA Transport Corporation, hereby stipulate to the dismissal of the above-captioned action without prejudice.

For the Plaintiff,
CAROL BLANCHARD,
EXECUTIVE DIRECTOR,
TEAMSTERS UNION 25 HEALTH
SERVICES & INSURANCE PLAN,
By her attorneys,

_____
Matthew E. Dwyer, BBO# 139840
Brian P. Fox, BBO# 663927
Dwyer, Duddy & Facklam,
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: 10/11/06

For the Defendant,
APA TRANSPORT CORP.

By its attorney,

_____ (w/ permission Brian Fox)
Keith McMurdy
Grotta, Glassman & Hoffman, P.C.
650 Fifth Avenue, 22nd Floor
New York, NY 10019
(212) 261-2164

Dated: 10/11/06